RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 14 2018

JAMES N. HATTEN, Clerk
By: BR
Deputy Clerk

# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORIGIA
# ATLANTA DIVISION

Chloe Williams                .         FEDERAL COURT

                                        CASE NO    1 18-MI  0102

Petitioner

Vs.

East Perimeter Pointe

Respondents

## PETITION FOR DECLARATORY JUDGMENT

## WITH SUPPLEMENTAL OF JURISDICTION of all state court eviction claims pursuant to USC 1367

The petitioner respectfully petitions this court for removal of action.

COMES NOW petitioner as above stated and petitions this court for removal of action from the Magistrate Court DeKalb County petition is set forth on the following grounds;

1.

The proceedings occurring in violation of the and the Respondent's service of process is Unconstitutional with respect to the "Due Process Clauses" 14th Amendment with defective service.

2.

Respondent Karen Robinson In fact make a false affidavit for the purpose of obtaining dispossessory proceedings against the petitioner in violation of the 14th Amendment of the United States Constitution with respect to due process of law

3.

The judicial proceedings against the petitioner occurring in violations the Fair Debt collections practice Act

WHEREFORE the Petitioner demands the following relief

This honorable Court remove this case from the Magistrate Court of DeKalb County and honorable Court afford adequate discovery.

This honorable Court all relief this Court deems just and proper.

## VERIFICATION

## (Affidavit)

The undersigned Affiant by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I do not have an attorney, legal advisor, paralegal or typist to represent me in this case. Also that the contents are true, correct and not misleading to the best of her knowledge.

_____

Petitioner

Pro se


## CERTIFICATE OF SERVICE

I certify that this pleading was served by US Mail of with adequate postage there upon the Appellee by mailing a true copy to the Plaintiff:

This _____ Day of _____ 2018

_____